DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YENDE FRANCIS,**
Appellant,

v.

**ZEEK PARETS, MYLES PARETS, BRYAN PARETS,** and **OMAR PARETS,**
Appellees.

No. 4D21-1518

[May 5, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE20021763.

Yende Francis, Southwest Ranches, pro se.

Natalie P. Mescolotto of NM Legal, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***